**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT PIKEVILLE**

**CIVIL ACTION NO. 20-36-DLB**

**GREANEX, LLC, et al.**                                                                                          **PLAINTIFFS**

**v.**                             **AMENDED JUDGMENT**

**RAINER TRIEM, et al.**                                                                                          **DEFENDANTS**

\* \* \* \* \* \* \* \* \* \* \*

The Court entered Judgment in this matter on March 30, 2022 after granting Plaintiffs' Motion for Default Judgment. (Doc. # 44). Having determined that Plaintiffs had sufficiently calculated the amount of damages, the Court accordingly entered the Judgment based on Plaintiffs' Proposed Order (Doc. # 42-37), but with revisions made at the Court's discretion. However, the Court has since become aware that it inadvertently omitted a large portion of the damages accounted for by Plaintiffs in the previously-entered Judgment. Accordingly, the previous Judgment (Doc. # 45) is **void** and **stricken** from the docket, and this Amended Judgment shall be substituted in its place.

Therefore, consistent with the Memorandum Opinion and Order entered on March 30, 2022 (Doc. # 44), and pursuant to Rule 58 of the Federal Rules of Civil Procedure, with the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** as follows:

(1)     The Judgment (Doc. # 45) is **VOID and STRICKEN** from the docket;

(2)     **JUDGMENT** is hereby entered **in favor of Plaintiffs on all claims** as follows:

1

(a) Judgment is entered jointly and severally against Triem and Sotaco LLC, and in favor of UGC NA, for $592,500 of compensatory damages, plus pre- and post-judgment interest at a 7.2% interest rate, as set forth in the promissory note issued by Greanex to UGC NA on July 6, 2016;

(b) Judgment is entered jointly and severally against Triem and Sotaco Inc., and in favor of UGC NA, for $133,200 of compensatory damages, plus pre- and post-judgment interest at an 8.2% interest rate, as set forth in the Services Agreement between Greanex and UGC NA, dated January 9, 2017, as amended May 17, 2018 (including Schedules 1 and 2 thereto);

(c) Judgment is entered jointly and severally against Triem and Sotaco Inc., and in favor of UGC SE, for $24,350,095 of compensatory damages, plus pre- and post-judgment interest at an 8.2% interest rate, as set forth in the Master Coal Purchase and Sale Agreement;

(d) Judgment is entered jointly and severally against Triem and Sotaco Inc., and in favor of UGC SE, for $7,846,653 of compensatory damages, plus pre- and post-judgment interest at an 8% interest rate, as set forth in the promissory note issued by Greanex to UGC SE on September 16, 2019 (and amendment nos. 1 through 4 thereto);

(e) Judgment is entered jointly and severally against Triem and Sotaco Inc., and in favor of UGC SE, for $152,000 of compensatory damages, plus pre- and post-judgment interest at an 8.2% interest rate, as set forth in the two Services Agreement between Greanex and UGC SE, dated May 17, 2018 (including Schedules 1 through 3 thereto) and January 7, 2019;

    (f) Judgment is entered jointly and severally against Triem and Sotaco Inc., and in favor of UGC SE, for $292,712 of compensatory damages, plus pre- and post-judgment interest at the legal rate;

 (3) This matter is hereby **STRICKEN** from the Court's active docket; and

 (4) This is a **FINAL and APPEALABLE** order, and no just cause for delay exists.

 This 31st day of March, 2022.

Signed By:
*David L. Bunning*  *DB*
United States District Judge

K:\DATA\ORDERS\PikeCivil\2020\20-36 Amended Judgment.docx